U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP - 9 2005

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| THE CITY OF BOSSIER CITY AND THE PARISH OF BOSSIER | CIVIL ACTION NO. 05-0486 |
| VERSUS | JUDGE S. MAURICE HICKS, JR |
| COX COMMUNICATIONS LOUISIANA, L.L.C | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the objections thereto, and after an independent review of the record, having determined that the findings and recommendation of the Magistrate Judge are correct under the applicable law, the Court finds that the defendant's motion to dismiss [Doc. No. 8] will be granted.

The Court emphasizes that the franchise agreements do not merely require defendant to carry local service signals, as the plaintiffs argue, but rather specifically designate which local service signals shall be carried. However, even if the agreement merely required defendant to carry one or more local service signals, the Court finds that defendant currently provides two local service signals, channels 3 and 12, to its customers. Therefore, defendant would also not be in violation of this hypothetical provision.

The Court further recognizes that KTAL is the local NBC affiliate. The Court also notes that NBC is one of the three historically largest networks in the United States. However, the Cable Act does not create exceptions for the major networks nor does it create exceptions for channels that have historically been broadcast in an area.

The Court understands that many residents of Bossier Parish have been inconvenienced by the dispute between KTAL and Cox Communications. The Court

suggests that customers voice their complaints to those parties, rather than the city and parish governments which are powerless in the current posture of this dispute. The economic principals of supply and demand are most powerful.

**IT IS ORDERED** that the Motion to Dismiss, partially converted to a motion for summary judgment, filed by defendant, Cox Communications Louisiana, L.L.C., [Doc. No. 8] shall be **GRANTED**, and plaintiffs' complaint be dismissed with prejudice.

Shreveport, Louisiana, this the 8th day of ~~August~~ Sept. 2005.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE